```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 09912
   PAUL F CLEMENS
   RANDI ROUDEBUSH                        CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-8734     SSN XXX-XX-8815
```

---
## TRUSTEE'S FINAL REPORT AND ACCOUNT
---

  Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

  1. The case was filed on 06/01/07 and confirmed on 08/31/07.

  2. The case was dismissed after confirmation, 03/07/2008.

  3. The Debtor paid a total of $ 3900.00 .

  4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AVELO MORTGAGE LLC | CURRENT MORTG | .00 | .00 | .00 |
| AVELO MORTGAGE LLC | MORTGAGE ARRE | 41361.92 | .00 | 3798.60 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CACH | FILED LATE | .00 | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 2507.66 | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 2385.53 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 652.01 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 920.21 | .00 | .00 |
| COMPUTER CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CBUSA SEARS | UNSECURED | NOT FILED | .00 | .00 |
| PENTAGROUP FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT BUREAU ACCOUNT | UNSECURED | 2655.00 | .00 | .00 |
| CREDITOR PROTECTION ASSO | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ROUNDUP FUNDING LLC | UNSECURED | 1500.02 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 41361.92 | .00 | 10620.43 | .00 | 51982.35 |
| PRINCIPAL PAID | 3798.60 | .00 | .00 | .00 | 3798.60 |

```
INTEREST PAID                    .00         .00         .00         .00         .00
TOTAL PAID                   3798.60         .00         .00         .00     3798.60
```

The Debtor's attorney, ZALUTSKY & PINSKI            , was allowed $   3500.00
and was paid $      1.00  direct and $        .00  through the plan.

The Trustee received $     101.40 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 06/24/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE